ACCEPTED
01-15-00714-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 9:37:54 PM
CHRISTOPHER PRINE
CLERK

CAUSE NO. 01-15-00714-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
10/26/2015 9:37:54 PM
CHRISTOPHER A. PRINE
Clerk

IN THE COURT OF APPEALS
FOR THE FIRST DISTRICT OF TEXAS

IN THE INTEREST OF S.R.H., A CHILD

From the 315th Judicial District Court of Harris County, Texas
Cause No. 2013-04271J

## MOTION FOR EXTENSION TO FILE APPELLANT'S BRIEF

1. This is an accelerated appeal in a parental termination case.

2. Appellant's brief was due in this case on September 28th because the record was filed on September 8, 2015.

3. On October 15, 2015, the Clerk notified the undersigned counsel that either a brief or a motion for extension of time to file the brief had to be filed within ten days after this notice. The due date would then be October 25th, but the undersigned counsel calculates that because October 25th was a Sunday, counsel had until midnight of October 26th to file her motion for extension. Counsel has filed a motion for extension pursuant to that calculation.

4. The Court issued an order on October 26th received by the undersigned counsel at approximately 5:27 p.m. which stated that counsel must file appellant's brief by November 3, 2105.

5.  Counsel respectfully requests that she be granted an extension until November 23rd. Counsel must have this time in order to communicate with her client and his trial counsel. Trial counsel has expressed an interest to be involved in the appeal and the undersigned counsel was out of town on vacation for two weeks in October. This vacation had been scheduled for approximately four months. Counsel also has her taxes due on November 2nd (there is an extension this year because of the flooding), and she is getting ready for trial, and has other work obligations.

6.  Therefore, counsel respectfully requests that the Court allow her an extension of time to file appellant's brief until November 23rd.

Respectfully submitted,

/s/ Lana Shadwick
**Lana Shadwick**
State Bar No. 00784951
12535 Kingsride, Ste. 313
Houston, Texas 77024
Telephone: (713) 392-8222
Lana@LanaShadwick.com

## CERTIFICATE OF CONFERENCE

Appellant has notified opposing counsel and there is no opposition to this motion.

/s/ Lana Shadwick

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing instrument was forwarded to Asst. Harris County Attorney Sandra Hachem on the 26th day of October, 2015 by electronic mail.

/s/ Lana Shadwick